AERO FOUNDRY CORP. OF NEW JERSEY v. SPERRY
AND HUTCHINSON CO.

December 10, 1984.

Petition for certification denied.

THE TOWNSHIP OF LITTLE FALLS v. WOLD COMMUNICATIONS,
INC. AND WOLD COMMUNICATIONS, INC. v. PLANNING
BOARD OF THE TOWNSHIP OF LITTLE FALLS.

December 10, 1984.

Petition for certification denied.

OLGA DEJESUS, AN INFANT BY HER GUARDIAN AD LITEM
v. VIRGILLIO CHANG AND ROGELIA CHANG.

December 10, 1984.

Petition for certification denied.